**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 JUN 11 PH 12: 20

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# '19 - CV - 01696

Civil Action No. _____

(To be supplied by the court)

_____Allen K Anderson, Plaintiff

v.

_____ Shorter Arms Investors LLC,

_____&,

_____ PK Management LLC,

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

## COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Allen K. Anderson 2202 N. Downing Street #4 Denver Colorado 80205

(Name and complete mailing address)

720-936-5431

(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:Shorter Arms Investors LLC 3595 S. Teller St 301 Lakewood, Colorado 80235-2029

(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 2:PK Management LLC 25 Woods Lake Road #714 Greenville, South Carolina 29607

(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 3:

(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 4:

(Name and complete mailing address)

(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

____    Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_____

_____

____    Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of Colorado_____ .
If Defendant 1 is an individual, Defendant 1 is a citizen of                                    .

_____

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of                                    (name of

_____

state or foreign nation).
Defendant 1 has its principal place of business in                                    (name of

_____

state or foreign nation).                Colorado

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:C.R.S. 18-1-501 Gross Negligence

Supporting facts: (Please see CD/DVD for Pictures and Videos of Supporting facts)

CLAIM TWO: C.R.S 24-34-501 At Risk of Disabled Persons _____

(Please see CD/DVD for pictures and videos of Supporting facts)

Additional Claims:

.

.

**ShorterArms Investors LLC &  PK Management LLC Claim and Definitions:**

**1.) C.R.S 18-1-501 Gross Negligence**
Gross negligence refers to an act taken without exercising even the most basic amount of care owed to others. Such an act involves a deliberate disregard for the safety or well being of another person. Gross negligence does not refer to acts undertaken with intent to harm another, but acts for which the perpetrator knew, or should have known, would result in injury or damages to another person. Such acts may be seen by the courts as bordering on intentional conduct, depending on the level of recklessness involved.

**2.) Colorado Revised Statutes Title 38 Property Real and Personal § 38-12-503 Warranty of habitability**

(1)  In every rental agreement, the landlord is deemed to warrant that the residential premises is fit for human habitation.

(2)  A landlord breaches the warranty of habitability set forth in subsection (1) of this section if:

(a)  A residential premises is uninhabitable as described in section 38-12-505 or otherwise unfit for human habitation;  and
(b)  The residential premises is in a condition that is materially dangerous or hazardous to the tenant's life, health, or safety;  and

(c)  The landlord has received written notice of the condition described in paragraphs (a) and (b) of this subsection (2) and failed to cure the problem within a reasonable time.

(3)  When any condition described in subsection (2) of this section is caused by the misconduct of the tenant, a member of the tenant's household, a guest or invitee of the tenant, or a person under the tenant's direction or control, the condition does not constitute a breach of the warranty of habitability.   It is not misconduct by a victim of domestic violence;  domestic abuse;  unlawful sexual behavior, as described in section 16-22-102(9) ;  or stalking under this subsection (3) if the condition is the result of domestic violence;  domestic abuse;  unlawful sexual behavior, as described in section 16-22-102(9) ;  or stalking and the landlord has been given written notice and evidence of domestic violence;  domestic abuse;  unlawful sexual behavior, as described in section 16-22-102(9) ;  or stalking, as described in section 38-12-402(2) (a).
(4)  In response to the notice sent pursuant to paragraph (c) of subsection (2) of this section, a landlord may, in the landlord's discretion, move a tenant to a comparable unit after paying the reasonable costs, actually incurred, incident to the move.

(5)  Except as set forth in this part 5, any agreement waiving or modifying the warranty of habitability shall be void as contrary to public policy.

(6)  Nothing in this part 5 shall:

(a) Prevent a landlord from terminating a rental agreement as a result of a casualty or catastrophe to the dwelling unit without further liability to the landlord or tenant; or

(b) Preclude a landlord from initiating an action for nonpayment of rent, breach of the rental agreement, violation of section 38-12-504 , or as provided for under article 40 of title 13, C.R.S.

## 3.) **C.R.S 18-3-208 Gross Negligence**

A person acts recklessly when he consciously disregards a substantial and unjustifiable risk that a result will occur or that a circumstance exists.2

For conduct to be "reckless," the risk must be of such a nature that its disregard constitutes a gross deviation from the standard of care that a reasonable person would exercise. In other words, you act recklessly when you act with a "conscious disregard" of the risk created by your conduct. You are aware of the risk, but you choose to act anyway.3

Recklessness is a less culpable mental state than knowingly, which requires that you be "practically certain" that a result will occur. It is, however, a more culpable state than criminal negligence in which you are not aware of the risk, even though a reasonable person would have been.

For purposes of determining whether your conduct was reckless, the jury may take into account both:

12.    Your personal knowledge and experience (subjective standard), and

13.    What a reasonable person would have understood under the circumstances (objective standard).

## 4.)

**Destruction of personal property (18-4-501 C.R.S.)** A person commits criminal mischief in Colorado when he or she knowingly damages the real or **personal property** of another. Also known as vandalism, criminal mischief can be a felony or a misdemeanor depending on the extent of the **damage**.

Click to File Additional Claim        - Page    will appear    at end  of document

**E.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF." I am asking the Courts to Grant relief in the amount of $650,000.00 which covers ll health, damaged property and is $100,00.00 for every year the Defendants have owned and/or managed the property.*

*I request that Hud and CHAFA adapt a new policy that inspection of every apartment and speak with tenant(s). So that companies such as the Defendants can no longer choose prime apartments and hide their actions, in-competence, abuse, and/or negligence from policing agency that the people depend on to protect them from neglect and abuse while they work on reestablishing themselves to be productive in society.*

**F.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

(Plaintiff's signature)

_____ June 11th, 2019 _____
(Date)

(Revised December 2017)

6